UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 28  P 3: 35

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

August 28, 2001

Re: Katherine Kline v. MBNA America Bank Corp. Trust, Inc.
Civil No. JFM-01-2367

Dear Ms. Kline and Counsel:

I note that one of the defendants, MBNA America Bank Corp. Trust, Inc. has removed this action from the District Court of Maryland for Wicomico County.

Removal of an action such as this to federal court presents great inconvenience for a *pro se* litigant like Ms. Kline. Accordingly, I ask MBNA and the other defendants to consider agreeing to a consent order remanding the case to the Circuit Court for Wicomico County. If they choose not to follow that course, I will (1) appoint counsel to represent Ms. Kline, (2) limit discovery to that which would be available in the District Court of Maryland for Wicomico County, and (3) conduct the trial in the old post office building in Salisbury.

I ask counsel for MBNA and the other defendants to let me know on or before September 7, 2001 as to whether they are willing to consent to a remand of the case.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File